UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY KEITH JAMES,

                                                                                9:13-CV-526
                                                                                 (DNH/CFH)

                                         Plaintiff,

     -v-


DR. RICHARD KASKIW, Medical Specialist,
Marcy Psy. Center Facility; CANDICE WILBER,
Nurse Practitioner, Marcy Psy. Center Facility;
and MS. ELIZABETH FARNUM, Psychiatrist,
Marcy Psy. Center Facility,

                                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                        OF COUNSEL:

RODNEY KEITH JAMES
Plaintiff Pro Se
C-46388
CNY PC
Post Office Box 300
Marcy, NY 13403

HON. ERIC T. SCHNEIDERMAN            TIMOTHY P. MULVEY, ESQ.
New York State Attorney General             Ass't Attorney General
Attorney for Defendants
615 Erie Boulevard West, Suite 102
Syracuse, NY 13204


DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Pro se plaintiff Rodney Keith James brought this action pursuant to 42 U.S.C.

§ 1983. On July 9, 2014, the Honorable Christian F. Hummel, United States Magistrate

Judge, advised by Report-Recommendation that defendants' motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) be denied. Defendants timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which defendants objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) is DENIED;

2. Defendants are directed to respond to the complaint in the manner provided for by the Federal Rules of Civil Procedure; and

3. The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 5, 2014
       Utica, New York.