UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY KEITH JAMES,

               Plaintiff,

    -v-                                             9:13-CV-526
                                                   (DNH/CFH)

KASKIW, WILBER, and FARNUM,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

RODNEY KEITH JAMES
Plaintiff, Pro Se
C-46388
CNY PC
PO Box 300
Marcy, NY 13403

HON. ERIC T. SCHNEIDERMAN          TIMOTHY P. MULVEY, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorneys for Defendant
615 Erie Boulevard West
Suite 102
Syracuse, NY 13204

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Rodney Keith James brought this civil rights action pursuant to 42

U.S.C. § 1983. On January 28, 2016, the Honorable Christian F. Hummel, United States

Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary

judgment be granted, and the complaint be dismissed in its entirety. See ECF No. 31. Neither party timely filed objections.

Based upon a de novo review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

1. Defendants' motion for summary judgment is **GRANTED**, and the complaint is **DISMISSED IN ITS ENTIRETY**; and

2. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close this case.

IT IS SO ORDERED.

United States District Judge

Dated: February 22, 2016
       Utica, New York